### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 24-40315** |
| **SVAL, LLC** | § | |
| **dba AIM DIAGNOSTIC LABORATORY,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| **MICHELLE H. CHOW,** | § | |
| **CHAPTER 7 TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADV. NO. 26-04017** |
| | § | |
| **GARY MARTIN,** | § | |
| **INNATE HOLDINGS, LTD., AND** | § | |
| **INNATE MANAGEMENT, LLC** | § | |
| | § | |
| **Defendants.** | § | |

### MOTION FOR ENTRY OF DEFAULT BY CLERK

Michelle H. Chow, Trustee for the Bankruptcy Estate of SVAL, LLC dba AIM Diagnostic Laboratory, files this Motion for Entry of Default by Clerk and would respectfully show the Court as follows:

1. On February 10, 2026, the Trustee filed Plaintiff's Original Complaint ("**Complaint**") against Gary Martin, Innate Holdings, Ltd., and Innate Management, LLC (collectively, "**Defendants**").[1]

2. On February 11, 2026, the Clerk issued a Summons for the Defendants.[2]

---

[1] Dkt. 1.
[2] Dkt. 3.

**MOTION FOR ENTRY OF DEFAULT BY CLERK – Page 1**

3.      On February 18, 2026, Defendants Gary Martin, Innate Holdings, Ltd. and Innate Management, LLC were properly served with a copy of the Complaint and Summons in this adversary proceeding as evidenced by the Summons Service Executed filed with this Court.[3]

4.      Fed. R. Bankr. P. 7012(a) provides that a defendant shall serve an answer or other pleading to a complaint within thirty (30) days of the issuance of the summons.  In this case, the Summons was issued on February 11, 2026. Consequently, Defendants were required to answer or otherwise plead by no later than March 13, 2026.

5.      As of the date of the filing of this Motion, as shown by the record, Defendants Gary Martin, Innate Holdings, Ltd. and Innate Management, LLC failed to answer or otherwise appear at Court.[4]

6.      Pursuant to Fed. R. Civ. P. 55(b)(1), as made applicable by Fed. R. Bankr. P. 7055, Plaintiff requests that the Clerk enter a default against Defendants for their failure to appear.

WHEREFORE, PREMISES CONSIDERED, Michelle H. Chow, Trustee for the Bankruptcy Estate of SVAL, LLC dba AIM Diagnostic Laboratory, requests that the Clerk enter a default against Defendants Gary Martin, Innate Holdings, Ltd. and Innate Management, LLC and for such and other further relief as she may show herself justly entitled.

---

[3] Dkt. 4, 5 and 6.
[4] Exhibit 1 (Hoodenpyle Declaration).

**MOTION FOR ENTRY OF DEFAULT BY CLERK – Page 2**

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:      /s/  *Todd A. Hoodenpyle*
　　　　Larry A. Levick
　　　　State Bar No. 12252600
　　　　levick@singerlevick.com
　　　　Todd A. Hoodenpyle
　　　　State Bar No. 00798265
　　　　hoodenpyle@singerlevick.com
　　　　16200 Addison Road, Suite 140
　　　　Addison, Texas 75001
　　　　Phone: 972.380.5533
　　　　Fax:    972.380.5748

**ATTORNEYS FOR MICHELLE H. CHOW,
CHAPTER 7 TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-40315** |
| **SVAL, LLC** | § | |
| **dba AIM DIAGNOSTIC LABORATORY,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| **MICHELLE H. CHOW,** | § | |
| **CHAPTER 7 TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADV. NO. 26-04017** |
| | § | |
| **GARY MARTIN,** | § | |
| **INNATE HOLDINGS, LTD., AND** | § | |
| **INNATE MANAGEMENT, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF TODD A. HOODENPYLE

Pursuant to 28 U.S.C. § 1746, Todd A. Hoodenpyle states as follows:

1.      "My name is Todd A. Hoodenpyle, an attorney with the law firm of Singer & Levick, P.C., 16200 Addison Road, Suite 140, Addison, Texas 75001, the firm which represents Plaintiff Michelle H. Chow, Chapter 7 Trustee for the bankruptcy estate of SVLA, LLC d/b/a AIM Diagnostic Laboratory Finance in the above-styled and numbered matter.  I have personal knowledge of each of the matters and statements contained in this Declaration, and each is true and correct.

2.      On February 10, 2026, the Trustee filed Plaintiff's Original Complaint ("**Complaint**") against Gary Martin, Innate Holdings, Ltd., and Innate Management, LLC (collectively, "**Defendants**"). The Complaint is filed with the Court at Docket Number 1.

**DECLARATION OF TODD A. HOODENPYLE – Page 1**

## EXHIBIT 1

3.    On February 11, 2026, the Clerk issued the Summons to be served on Defendants.  The Summons is filed with the Court at Docket Number 3.

4.    On February 18, 2026, Plaintiff served a copy of the Complaint and Summons in this adversary proceeding on Defendants Gary Martin, Innate Holdings, Ltd. and Innate Management, LLC.

5.    On February 19, 2026, Plaintifff filed a Smmons Service Executed with this Court for each of the Defendants.  A copy of each of the Summons Service Executed for the Defendants are filed with the Court at Docket Numbers 4, 5 and 6.

6.    Accordingly, the dealined for the Defendants to answer the Summons and Complaint was March 13, 2026.

7.    As of the date of this Declaration, Defendants have failed to timely plead or otherwise defend this lawsuit, and the 30-day time limit in which they was required to answer pursuant to Fed. R. Civ. P. 12 has expired.

8.    Upon information and belief, Defendant Gary Martin is not an infant or incompetent person or serving in the military service. The other defendants are entities, and are not infants, incompetent  or in military service.

9.    I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3rd day of June, 2026.

/s/ Todd A. Hoodenpyle
Todd A. Hoodenpyle

**DECLARATION OF TODD A. HOODENPYLE – Page 2**